NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JEFFREY CASTLEBERRY, DOC# 475665, )
)
      Appellant, )
)
v. )     Case No. 2D17-4652
)
STATE OF FLORIDA, )
)
      Appellee. )
_____)

Opinion filed October 26, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Jeffrey Castleberry, pro se.


PER CURIAM.


      Affirmed.


SILBERMAN, KELLY, and ATKINSON, JJ., Concur.